# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JAMES T. ESTRELLO, JR., §<br>   #28243078 §<br> §<br>VS. §<br> §<br> §<br>UNITED STATES OF AMERICA § | CIVIL NO. 4:22-CV-892<br>CRIMINAL NO. 4:18-CR-216(10) |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation concluding that the motion for relief under 28 U.S.C. § 2255 be denied, that the case be dismissed with prejudice, and that a certificate of appealability be denied. (Dkt. #32). No objections were filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 26th day of August, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE